# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY G. MARRIOTT,<br><br>               Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | Case No. LA CV 17-01236-VBF-JEM<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation ("R&R"). Upon de novo review of those portions of the R&R to which plaintiff specifically objected, the Court finds no error of law, fact, or logic in the well-reasoned R&R. The Court will accept the Magistrate Judge's findings and conclusions and implement his recommendations. Accordingly, it is hereby ordered that:

The Commissioner's denial of Social Security benefits to Plaintiff is **AFFIRMED**.

This action is **DISMISSED with prejudice**.

Judgment will be entered consistent with the R&R.

IT IS SO ORDERED.

Dated: April 6, 2018

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE