JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTHONY G. MARRIOTT,                    )
                                        )     Case No. LA CV 17-01236-VBF-JEM
                    Plaintiff,          )
                                        )
          v.                            )     J U D G M E N T
                                        )
NANCY A. BERRYHILL, Acting              )
Commissioner of Social Security         )
Administration,                         )
                                        )
                    Defendant.          )
                                        )

          IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.  IT IS SO ADJUDGED.

Dated: April 6, 2018

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE